IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HICKS, et al.,<br><br>    Plaintiff,<br>  v.<br><br>FACEBOOK, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C-12-3353 MMC<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS; DENYING PLAINTIFFS' MOTION TO REMAND** |

Before the Court are plaintiffs' motion to remand, filed July 19, 2012, and defendants' motion for a stay of proceedings, filed July 6, 2012 and amended July 19, 2012.

By order filed July 24, 2012, the Court approved the parties' stipulation that the Court's disposition of remand and stay motions filed in seven specified related actions would be "dispositive and dictate the outcome of the remand and stay motions" filed in the above-titled action. (See Order, filed July 24, 2012.) By separate order filed this date in each of the seven specified actions, the Court has denied the remand and stay motions filed therein. See, e.g., Lazar v. Facebook, Inc., C 12-3195 MMC.

Accordingly, defendant's motion for a stay of proceedings is hereby DENIED, and plaintiffs' motion to remand is hereby DENIED.

**IT IS SO ORDERED.**

Dated: August 23, 2012

                                  MAXINE M. CHESNEY
                                  United States District Judge